IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTIAN FERNANDO TOSCAN GOMEZ, Petitioner, v. REYNA VIDALIA LOPEZ RAMIREZ Respondent. | CIVIL ACTION NO. 24-2196 |

# ORDER

**AND NOW**, this 15th day of May, 2025, upon consideration of Petitioner's Amended Complaint and Petition for Return of Child, the trial briefs of both Petitioner and Respondent, all evidence of record from the evidentiary hearing that was held in this matter, and the written closing arguments of both Petitioner and Respondent, it is hereby **ORDERED** that the Amended Verified Complaint and Petition for Return of Child is **DENIED**.

**BY THE COURT**:

*/s/ Jeffrey L. Schmehl*
Jeffrey L. Schmehl, J.